IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   CRIM. ACT. NO. 1:21-cr-132-TFM-B |
| | ) |
| ENNIS WILLIAM COX, II | ) |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On September 13, 2021, the Defendant Ennis William Cox, II, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 18, United States Code, Section 1701, Obstructing or Retarding the Passage of Mail. *See* Doc. 15. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 16. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **December 16, 2021 at 9:30 a.m.** under separate Order.

**DONE** and **ORDERED** this 4th day of October, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE